# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

## EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                 **Civil No.**   2:20-cv-43-KS-JCG

**EVERETT FARM, LLC; MAJOR EVERETT;**
**OSMOND EVERETT, JR.; OSMOND EVERETT;**
**VINCENT EVERETT AS TRUSTEE of the**
**V.E. TRUST; the V.E. TRUST AS TRUSTEE OF**
**THE C.E. TRUST; REGIONS BANK, INC.;**
**WEYERHAEUSER COMPANY;**
**BENNETT HILLS, INC.; and**
**DAN P. CHOQUETTE,**

    **Defendants.**

## COMPLAINT OF THE UNITED STATES

The United States of America states claims against the Defendants, alleging as follows:

## NATURE OF THE ACTION

1.      By bringing this action, the United States requests that this Court:

      (a)    reduce to judgment the unpaid corporate (Form 1120) federal income

               taxes for tax years 2006, 2007, and 2008 (the "**Tax Liabilities**") owed to

               the United States by Everett Farm, LLC (the "**LLC**");

      (b)    order the foreclosure of the federal tax liens that arose upon the

               assessments of the Tax Liabilities against three parcels of real property in

               Lawrence County, Mississippi (such parcels being fully described and

               identified in paragraph 16 below and referred to herein as **"Parcel 1,"**

"**Parcel 2,**" or **Parcel 3**, and collectively referred to herein as the

"**Property**") in which any interests of the LLC and/or its members

and/or any interests of the purported transferee of the Property are

encumbered with the federal tax liens, authorize the sale of the Property,

and direct that the proceeds of sale be applied to the Tax Liabilities and

the claims of the other parties herein, according to the priorities of those

claims to and upon the Property as determined by this Court.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over the subject matter of this civil action under

U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a).

3.      This action is commenced under 26 U.S.C. § 7401 at the direction of the

Attorney General of the United States with the authorization of and at the request of the

Chief Counsel of the Internal Revenue Service (the "**IRS**"), a duly authorized delegate of the

Secretary of the Treasury.

4.      Venue is proper in the Southern District of Mississippi under 28 U.S.C. §§

1391(b) and 1396 because the Tax Liabilities arose there, the Property upon which the federal

tax liens are to be foreclosed is located within the District, and the Defendants may claim

interests in the Property located in Lawrence County, Mississippi.

## THE PARTIES

5.      The Plaintiff is the United States of America.

6.      Defendant Everett Farm, LLC is a Limited Liability Company organized under

the laws of the State of Mississippi. The LLC was formed on February 5, 1999, and the

Mississippi Secretary of State administratively dissolved it on December 5, 2011. The LLC is

2

liable for the Tax Liabilities at issue, and is the former record title holder of the Property upon which the United States seeks to have this Court foreclose the federal tax liens that arose upon the assessments of the Tax Liabilities.

7.      Major Everett is named a defendant in this action in the following capacities: (a) as a Member/Manager of the administratively dissolved LLC; (b) on information and belief, either as a distributee of assets of the dissolved LLC and/or as a transferee of the Property to the V.E. Trust as Trustee of the C.E. Trust; and (c) under 26 U.S.C. § 7403(b), as an individual who may claim an interest to or upon the Property.

8.      Defendant Osmond Everett, Jr. is named a defendant in this action in the following capacities: (a) as a Member/Manager of the administratively dissolved LLC; (b) on information and belief, either as a distributee of assets of the dissolved LLC and/or as a transferee of the Property to the V.E. Trust as Trustee of the C.E. Trust, and (c) under 26 U.S.C. § 7403(b), as an individual who may claim an interest to or upon the Property.

9.      Defendant Osmond Everett is named a defendant in this action in the following capacities: (a) on information and belief, as a Member/Manager of the administratively dissolved LLC; (b) on information and belief, either as a distributee of assets of the dissolved LLC and/or as a transferee of the Property to the V.E. Trust as Trustee of the C.E. Trust, and (c) under 26 U.S.C. § 7403(b), as an individual who may claim an interest to or upon the Property.

10.     Vincent Everett is named a defendant in this action as, on information and belief, the Trustee of the V.E. Trust which, in turn, is the Trustee of the C.E. Trust, the current purported record title holder of the Property. Vincent Everett and/or the V.E. Trust may claim an interest to or upon the Property and are named as defendants under 26 U.S.C. § 7403(b).

3

11.     The V.E. Trust is named a defendant in this action as the Trustee of the C.E. Trust, the current purported record title holder of the Property.  The V.E. Trust and/or the C.E. Trust may claim an interest to or upon the Property and are named as defendants under 26 U.S.C § 7403(b).

12.     Regions Bank, Inc., as the successor to Union Planters Bank, is a corporation organized under the laws of the State of Alabama.  It is named as a defendant under 26 U.S.C. § 7403(b) because it may claim an interest in the Property as the holder of two Deeds of Trust (between Union Planters Bank and Everett Farm, LLC) recorded in the records of the Chancery Clerk of Lawrence County, Mississippi, at Deed of Trust Book 401/ pages 557-563 (on January 7, 2004) and Deed of Trust Book 406/pages 66-72 (on June 21, 2004) with regard to Regions Bank Customer Number xx-xxxx247870, Obligation xxxxxx9001.  On information and belief, the LLC has satisfied the obligation of up to $66,992.50 identified in the Deeds of Trust, but no act of cancellation or satisfaction releasing the Deeds of Trust as to the Property has ever been recorded in Lawrence County, Mississippi.

13.     Weyerhaeuser Company is a corporation organized under the laws of the State of Washington that is named as a defendant under 26 U.S.C. § 7403(b) because it may claim an interest in the Property by virtue of its reservation of  mineral rights and/or other property interests in its original transfer of the Property to Everett Farm, LLC in 2005.

14.     Bennett Hills, Inc., a corporation organized under the laws of the State of Mississipi, is named as a defendant under 26 U.S.C. § 7403(b) because it may claim an interest in Parcel 2 by virtue of its having paid the unpaid ad valorem taxes due on Parcel 2 for tax year 2017 at a tax sale of Parcel 2 conducted by the Chancery Clerk of Lawrence County, Mississippi, on August 27, 2018.

4

15.     Dan P. Choquette is named as a defendant under 26 U.S.C. § 7403(b) because he may claim an interest in Parcel 2 by virtue of his having paid the unpaid <u>ad valorem</u> taxes due on Parcel 2 for tax year 2018 at a tax sale of Parcel 2 conducted by the Chancery Clerk of Lawrence County, Mississippi, on August 26, 2019.

## THE PROPERTY (PARCEL 1, PARCEL 2, AND PARCEL 3)

16.     The Property at issue in this action is the land with all improvements and appurtenances thereto (including without limitation any residence or other structure thereon) comprising three parcels of real property located at 288 Everett Road, New Hebron, Mississippi 39140 in Lawrence County, Mississippi. **Parcel 1** is more particularly described as follows:

> Township 9 North, Range 21 West
> First
> Section 13:     6.77 acres of land, more or less, lying in the SE ¼ of NW ¼, said 6.77 acres being more fully described as follows, to-wit:
>
> Beginning at the NW corner of the SW ¼ of NE ¼ of Section 13, T9N, R21W, Lawrence County, Mississippi; thence run South 00 deg. 18 min. 43 sec. West, 775.64 feet to the south margin of Everett Lane for the POINT OF BEGINNING of the following described parcel: thence run South 00 deg. 18 min. 43 sec. West, 551.42 feet; thence run North 89 deg. 25 min. 07 sec. West, 932.87 feet to an iron pin found; thence run North 89 deg. 25 min. 07 sec. West, 218.06 feet to the south margin of Everett Lane; thence run along margin of said lane for the next six calls:  North 66 deg. 02 min. 33 sec. East, 273.86 feet; thence run North 57 deg. 39 min. 32 sec. East, 200.52 feet; thence run North 69 deg. 19 min. 27 sec. East, 149.03 feet; thence run North 82 deg. 42 min. 54 sec. East 256.48 feet; thence North 66 deg. 32 min. 01 sec. East, 86.41 feet; thence run North 52 deg. 18 min. 41 sec. East, 329.93 feet back to the POINT OF BEGINNING.

**Parcel 2** (19.35 acres) and **Parcel 3** (15.06 acres) are more particularly described as follows:

> Township 9 North, Range 21 West
> Second
> Section 13 & 14: 34.41 acres of land, more or less, lying in the  SW ¼ of SW ¼ of Section 13 (19.35 acres) and in the SE ¼ of SE ¼ of Section 14 (15.06 acres), said 34.41 acres being more fully described as follows, to-wit:
>
> Beginning at the SE corner of the SW ¼ of SW ¼ of Section 13, T9N, R21W, Lawrence County, Mississippi; thence run North 00 deg. 39 min. 50 sec. West 665.93 feet to a lighter knot found; thence run North 89 deg. 25 min. 07 sec. West 1,314.19 feet to a steel corner post; thence run North 00 deg. 06 min. 00 sec. West, 232.35 feet to the south margin of Everett Lane; thence

5

run along margin of land of said lane for the next six calls:  South 45 deg. 19 min. 13 sec. West, 177.91 feet; thence run south 62 deg. 47 min. 12 sec. West 215.45 feet; thence run South 70 deg. 16 min. 07 sec. West, 634.15 feet; thence run South 58 deg. 14 min. 20 sec. West, 113.31 feet; thence run South 45 deg. 06 min. 23 sec. West, 312.39 feet,; thence run South 33 deg. 05 min. 59 sec.. West, 176.02 feet; thence run South 89 deg. 00 min. 00 sec. East, 2,321.43 feet; thence run North 00 deg. 39 min. 50 sec. West, 165.00 feet; thence run South 89 deg. 00 min. 00 sec. East, 264.00 feet; then run South 00 deg. 39 min. 50 sec. East, 165.00 feet; thence run South 89 deg. 00 min. 00 sec., East, 66.00 feet back to the POINT OF BEGINNING, said Parcel Containing 34.41 acres, more or less, and being a part of the Southwest ¼ of the Southwest ¼  of Section 13, and a part of the Southeast ¼ of the Southeast ¼ of Section 14, Township 9 North, Range 21 West, Lawrence County, Mississippi.

## COUNT ONE

### REDUCTION TO JUDGMENT OF THE UNPAID BALANCES OF THE 2006, 2007, and 2008 CORPORATE (FORM 1120) FEDERAL INCOME TAX LIABILITIES OF EVERETT FARM, LLC

17.    The United States restates and realleges paragraphs 1 through 16 of this Complaint as if the contents of those paragraphs were fully set forth in this paragraph 17.

18.    On the dates and in the amounts set forth in the table below, a delegate of the Secretary of the Treasury made assessments, in accordance with law, against Everett Farm, LLC for its corporate (Form 1120) federal income taxes for tax years 2006, 2007, and 2008.  In addition, with regard to these corporate income tax liabilities, interest, penalties, and statutory additions were assessed against Everett Farm, LLC as follows:

| Year | Assessment Date | Tax | Penalties | Interest |
|------|-----------------|-----|-----------|----------|
| 2006 | 11/05/2012<br><br>06/03/2013<br>11/07/2016 | $ 115,960.00 | $        17.00*<br>$ 26,030.80**<br>$ 7,537.40*<br>$ 21,433.46 | $ 45,011.43<br><br><br>$ 46,893.35 |
| 2007 | 11/05/2012<br>06/03/2013<br>11/07/2016 | $   41,366.00 | $ 8,273.20**<br>$ 2,688.79*<br>$ 7,652.71* | $   8,949.24<br><br>$   8,189.95 |

| 2008 | 12/03/2012<br><br>06/03/2013 | $ 94,285.00 | $    216.00*<br>$ 2,835.00**<br>$ 5,209.67* | $ 15,821.06 |
|------|------------------------------|-------------|------------------------------------------------|-------------|

(1)*Late-payment penalty; (2) **Accuracy-Related Penalty

19.     As provided by law, the IRS gave notice of the assessments regarding the LLC's federal income tax liabilities for tax years 2006, 2007, and 2008 (described in paragraph 18 above) to the LLC and made demand for payment upon the LLC for these liabilities. Despite notice of these assessments and demand for payment, the LLC has failed to pay the amounts assessed against it, plus the additional interest, penalties, and other applicable statutory additions according to law that have continued to accrue since the assessment dates of the Tax Liabilities. As a consequence, after application of all payments and credits from all sources, there remains due and owing to the United States from Everett Farm, LLC as of February 18, 2020, the sum of **$626,777.87,** plus interest and statutory additions thereafter as provided by law.

## COUNT TWO

## FORECLOSURE OF THE FEDERAL TAX LIENS ON THE PROPERTY

20.     The United States restates and realleges paragraphs 1 through 19 of this Complaint as if the contents of those paragraphs were fully set forth in this paragraph 20.

21.     Everett Farm, LLC acquired the Property from Weyerhaeuser Company by Special Warranty Deed that was filed of record with the Chancery Court Clerk of Lawrence County, Mississippi, on December 16, 2003, at Book A 139, pages 511-519. (A copy of this Special Warranty Deed is attached as **Exhibit** 1 to this Complaint).

22.     By virtue of the assessments described in paragraph 18, federal tax liens for the unpaid Tax Liabilities of the LLC for tax years 2006, 2007, and 2008 arose under 26 U.S.C. §§

632l and 6322 on the dates the Tax Liabilities were assessed and attached and continue to attach to all property and rights to property of the LLC, whether acquired before or after the liens arose, including without limitation the LLC's interest in the Property comprising Parcel 1, Parcel 2, and Parcel 3 described in paragraph 16 above.

23.      On <u>April 7, 2014</u>, the IRS filed a Notice of Federal Tax Lien (a copy of which is attached as **Exhibit 2** to this Complaint) in the records of the Chancery Court Clerk of Lawrence County, Mississippi, concerning the federal tax liens for the Tax Liabilities that the LLC owes (as described in paragraphs 18 and 19 above)

24.      On <u>October 24, 2016</u>, a Warranty Deed (copy attached as **Exhibit 3)** purportedly transferring the Property from Everett Farm, LLC to V.E. Trust as the Trustee of the C.E. Trust was filed of record at Book A 184, pages 525-529 in the records of the Chancery Court Clerk of Lawrence County, Mississippi. The Warranty Deed stated that Everett Farm, LLC transferred its fee simple interest in the Property "for and in consideration of the sum of Ten Dollars and other good and valuable consideration." The only information, other than its name and the identification of  the V.E. Trust as its Trustee, that the Warranty Deed included about the C.E. Trust was its representation that its address as Grantee under the Warranty Deed is 4567 Rockridge Road #1441, Pine Lake, Georgia 30072.

25.      On information and belief, the LLC received either no consideration and/or grossly inadequate consideration for the transfer of record title to the Property from the LLC to the C.E. Trust.  Nothing about the transfer displaced or disturbed the federal tax liens for the Tax Liabilities that attached to the Property prior to the transfer of record title and continue to encumber the Property. Thus, the purported transfer was made subject to the federal tax liens for

the Tax Liabilities that continue to encumber the Property. Consequently, C.E. Trust holds bare record title to the Property as the nominee of Everett Farm, LLC.

WHEREFORE, the United States of America prays for judgment as follows:

A.      That this Court order and adjudge that Everett Farm, LLC is indebted to the United States for its unpaid corporate (Form 1120) federal income tax liabilities for tax years 2006, 2007, and 2008 in the amount of **$626,777.87** as of February 18, 2020, plus further interest and statutory additions as provided by law, minus any credits or payments applied after February 18, 2020;

B.      That this Court order, adjudge, and decree that the United States has valid federal tax liens to and upon all property and rights to property, both real and personal, tangible and intangible, of Everett Farm, LLC for its 2006, 2007, and 2008 corporate (Form 1120) federal income tax liabilities (described in paragraphs 18 and 19 above), including without limitation Everett Farm, LLC's interest in the Property described in paragraph 16 above in Lawrence County, Mississippi;

C.      That the Defendants be required to appear and state and assert all their claims upon and interests in the Property described in paragraph 16 above (including without limitation that such a Defendant having no claims upon and interests in the Property appear and so advise the Court) and that the Court rank such claims vis-a-vis the claims of the United States to and upon the Property;

D.      That this Court determine, order, adjudge, and decree that:

(1)      the federal tax liens of the United States for the corporate

(Form 1120) federal income tax liabilities of Everett Farm, LLC for tax

9

years 2006, 2007, and 2008 be foreclosed upon the Property described in

paragraph 16 above;

(2)    the Property be sold in accordance with the law and practice of this

Court, the findings of this Court, and the rights of the United States

States, free and clear of any right, title, lien, claim, or interest of any other

party hereto, their heirs, estates, or assigns; and

(3)    that the proceeds of such sale belonging to Everett Farm, LLC be

distributed to the United States in accordance with the priority of its

claims or interests to and upon Everett Farm, LLC's interest in the

Property vis-a-vis the claims of the other defendants as determined by

this Court and be applied to the corporate (Form 1120) federal income tax

liabilities of Everett Farm, LLC for tax years 2006, 2007, and 2008; and

      E.      That the United States have its costs and such other and further relief to which it shows it is entitled and that the Court deems appropriate in the premises.

| | |
|---|---|
| **March 6, 2020** | RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney<br>General Tax Division |

                                                   /s/Robert E. Dozier
                                                 ROBERT E. DOZIER
Trial Attorney, Tax Division
Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20001
Telephone:  (202) 514-6073
Facsimile:  (202) 514-4963
Email:  robert.e.dozier@usdoj.gov

D. MICHAEL HURST, JR.
UNITED STATES ATTORNEY
Southern District of Mississippi

**Counsel for the United States of America**

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET
Civil N.: 2:20-cv-43-KS-JCG

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Everett Farm, LLC, et al. (see Complaint of the United States for additional Defendants)

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert E. Dozier , U.S. Dept. of Justice (Tax Division)
P.O. Box 14198, Ben Franklin Station, Washiington, D.C. 20044
Telephone: (202) 514-6073/ email: robert.e.dozier@usdoj.gov

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question
*(U.S. Government Not a Party)*

☐ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 7402(a)
Brief description of cause:
Reduce Form 1120 liabilities to judgment and foreclose federal tax liens for liabilities on property

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
626,777.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE
03/06/2020

SIGNATURE OF ATTORNEY OF RECORD
Robert E. Dozier

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE Starrett MAG. JUDGE Gargiulo



INDEXING INSTRUCTIONS FOR LAWRENCE COUNTY, MISSISSIPPI:
SE ¼ of NW ¼ and SW ¼ of SW ¼ of Section 13, T9N, R21W
SE ¼ of SE ¼ of Section 14, T9N, R21W

## SPECIAL WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00) cash in hand paid, and other good and valuable considerations, the receipt and sufficiency of all of which is hereby acknowledged, **WEYERHAEUSER COMPANY**, a Washington corporation (hereinafter referred to as Grantor) does hereby sell, convey and warrant specially unto **EVERETT FARM, LLC**, a Mississippi Limited Liability Company (hereinafter referred to as Grantee) the following described property lying and being situated in Lawrence County, Mississippi, to-wit:

Township 9 North, Range 21 West
First
Section 13:    6.77 acres of land, more or less, lying in the SE ¼ of NW ¼, said 6.77 acres being more fully described as follows, to-wit:

Beginning at the NW corner of the SW ¼ of NE ¼ of Section 13, T9N, R21W, Lawrence County, Mississippi; thence run South 00 deg. 18 min. 43 sec. West, 775.64 feet to the south margin of Everett Lane for the POINT OF BEGINNING of the following described parcel; thence run South 00 deg. 18 min. 43 sec. West, 551.42 feet; thence run North 89 deg. 25 min. 07 sec. West, 932.87 feet to an iron pin found; thence run North 89 deg. 25 min. 07 sec. West, 218.06 feet to the south margin of Everett Lane; thence run along margin of said lane for the next six calls: North 66 deg. 02 min. 33 sec. East, 273.86 feet; thence run North 57 deg. 39 min. 32 sec. East, 200.52 feet; thence run North 69 deg. 19 min. 27 sec. East, 149.03 feet; thence run North 82 deg. 42 min. 54 sec. East, 256.48 feet; thence run North 66 deg. 32 min. 01 sec. East, 86.41 feet; thence run North 52 deg. 18 min. 41 sec. East, 329.93 feet back to the POINT OF BEGINNING. . . . . . . . . . . 6.77 Acres



Second
Section 13 & 14:    34.41 acres of land, more or less, lying in the SW ¼ of SW ¼ of Section 13 (19.35 acres) and in the SE ¼ of SE ¼ of Section 14 (15.06 acres), said 34.41 acres being more fully described as follows, to-wit:

Beginning at the SE corner of the SW ¼ of SW ¼ of Section 13, T9N, R21W, Lawrence County, Mississippi; thence run North 00 deg. 39 min. 50 sec. West, 665.93 feet to a lighter knot found; thence run North 89 deg. 25 min. 07 sec. West, 1,314.19 feet to a steel corner post; thence run North 00 deg. 06 min. 00 sec. West, 232.35 feet to the south margin of Everett Lane; thence run along



GOVERNMENT
EXHIBIT

margin of said lane for the next six calls: South 45
deg. 19 min. 13 sec. West, 177.91 feet; thence run
south 62 deg. 47 min. 12 sec. West, 215.45 feet;
thence run South 70 deg. 16 min. 07 sec. West,
634.15 feet; thence run South 58 deg. 14 min. 20
sec. West, 113.31 feet; thence run South 45 deg. 06
min. 23 sec. West, 312.39 feet; thence run South 33
deg. 05 min. 59 sec. West, 176.02 feet; thence run
South 89 deg. 00 min. 00 sec. East, 2,321.43 feet;
thence run North 00 deg. 39 min. 50 sec. West,
165.00 feet; thence run South 89 deg. 00 min. 00
sec. East, 264.00 feet; thence run South 00 deg. 39
min. 50 sec. East, 165.00 feet; thence run South 89
deg. 00 min. 00 sec. East, 66.00 feet back to the
POINT OF BEGINNING. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34.41 Acres

Containing in the aggregate 41.18 acres of land, more or less, as shown on
plats attached hereto and made a part hereof.

Grantor reserves unto itself, all of its undivided interest in and to all of the oil, gas and
other minerals of like kind and nature presently owned by it in, on and/or under the lands herein
conveyed.

Grantor reserves for itself, its successors and assigns, a royalty interest in any rock, sand,
gravel and aggregate which may be recovered by Grantee or persons claiming through Grantee,
from the property herein conveyed, in the amount of fifty percent (50%) of the fair market value
of such resources at the time of their extraction from the lands herein conveyed.

This reservation of royalty includes fifty (50%) of all consideration which may be
received by Grantee or his successors or assigns in connection with sale or extraction of such
substances from the lands herein conveyed, including lease or sale contract consideration, lease
payment or advance royalty payment. If any sale or lease agreement is executed by Grantee, he
agrees to mail a copy of such agreement to Grantor at the address stated herein within 60 days of
execution.

Grantor excepts from and reserves herein all wood, timber and forest products ("timber")
lying, standing, growing and to be grown on that part of Subject Property located in the S ½ of
SW ¼ of SW ¼ of Section 13, T9N, R21W and the SE ¼ of SE ¼ south of public road in Section
14, T9N, R21W for a period of time until December 31, 2008. Grantor further reserves the right
of ingress and egress over and across the lands herein conveyed to Grantor, for its employees and
contractors as necessary or appropriate for the purpose of managing and harvesting activities,
including, but not limited to, fertilization, application of herbicides, marking by paint or
otherwise, cruising, measuring, burning undergrowth or undesirable species, treatment for pests

Page 2

513

and disease, thinning, harvesting, cutting or taking away the timber, wood and forest products and in general, doing whatever is necessary and proper, in its sole discretion, to obtain possession of and remove the described timber and manage the property. All logging, harvest and log removal activity shall conform generally to the standards applied by Grantor to Grantor's other forest land. Grantor will not be responsible to Grantee for damage to the subject land resulting from the logging, harvest and log removal activity. Grantor's right to management activities and harvesting activities described above shall be paramount to Grantee's and others claiming through Grantee's right to use the property for any purpose whatsoever.

Grantor shall have until December 31, 2008 to cut and remove said timber from Subject Property herein conveyed at such time all timber remaining on Subject Property shall be Grantee's.

Grantor agrees to defend, indemnify and hold Grantee harmless from any loss, cost, expense, liability or claims arising from the activities of Grantor or its successors/assigns, their employees, agents or representatives during the term of the above timber reservation by Grantor.

The warranty of this conveyance is subject to the Grantor's reservations set forth above and:

1.   Any and all protective covenants.
2.   Oil, gas and mineral leases or reservations, and any and all prior severances and reservations of oil, gas and minerals, on, in and under said land.
3.   Easements and/or rights of way, including, but not limited to, any existing easements and/or rights-of-way for public utilities and public streets and highways now in force and effect on and across the above lands; and/or governmental ordinances or regulations of record among the Lawrence County land records affecting the subject property.
4.   The obligations and duties of the Bogalusa Roundwood Supply and Cutting Rights Agreement between Grantor and Gaylord Container Ltd., its successors and assigns. Grantee herein for itself, its heirs, successors and assigns, assumes the obligations of Grantor thereunder with respect to the above described property. Grantee agrees to defend and indemnify Grantor from any and all loss, damage or alleged loss or damage arising from and related to or in any way connected with any breach or alleged breach by Grantee, its successors and assigns, including but not limited to the costs of defense.
5.   Grantor's rights or claims of parties in possession not shown by public records.
6.   Any discrepancies, conflicts, encroachments, servitudes, shortages in area and

Page 3

514

boundaries or other facts which a correct survey would show.

7.    The lien of the following general and special taxes for the year or years specified: Taxes for the year 2003 and subsequent years, not yet due and payable.

8.    Any and all matters of record.

Ad valorem taxes to be assessed to the subject property for the 2003 tax year shall be paid by Grantor.  Grantor certifies all property taxes for the 2002 tax year have been fully paid.

This deed may be signed in multiple counterparts and all parts may be combined as a single instrument.

WITNESS THE SIGNATURE of the undersigned by its duly authorized officer on this 15th day of _December_, 2003.

WEYERHAEUSER COMPANY
a Washington Corporation

By: _James M. Bra_
James M. Branson
Vice President, Southern Timberlands

ATTEST: _Caila M. Hugg_
Assistant Secretary

WITNESS THE SIGNATURE of the undersigned on this 16 day of _Dec_, 2003.

EVERETT FARM, LLC
By: _Osmond Everett Jr._
Osmond Everett, Jr.

Page 4

515

STATE OF Arkansas
COUNTY OF Garland

Personally appeared before me, the undersigned authority in and for said county and state, on this
15th day of December, 2003, within my jurisdiction, the within named JAMES M. BRANSON,
personally known by me to be the Vice President, Southern Timberlands of WEYERHAEUSER
COMPANY, a Washington corporation, who acknowledged that he executed the above and foregoing
instrument after having been first duly authorized to do so for and on behalf of said corporation.

Shirley Marie W____
Notary Public

My Commission Expires: 6/9/05

*[Notary seal: SHIRLEY MARIE WARR, COMM. EXP., NOTARY PUBLIC, 08/09/05, GARLAND COUNTY, AR]*

STATE OF Arkansas
COUNTY OF Garland

Personally appeared before me, the undersigned authority in and for said county and state, on this
15th day of December, 2003, within my jurisdiction, the within named Coila M. Heggs,
personally known by me to be the Assistant Secretary of WEYERHAEUSER COMPANY, a
Washington corporation, who acknowledged that he/she executed the above and foregoing instrument
after having been first duly authorized to do so for and on behalf of said corporation.

Shirley Marie W____
Notary Public

My Commission Expires: 6/9/05

*[Notary seal: SHIRLEY MARIE WARR, COMM. EXP., NOTARY PUBLIC, 08/09/05, GARLAND COUNTY, AR]*

STATE OF MISSISSIPPI
COUNTY OF Lawrence

Personally appeared before me, the undersigned authority in and for said county and state, on this
16th day of November, 2003, within my jurisdiction, the within named Osmond Everett, Jr.,
personally known by me to be the member/manager of EVERETT FARM, LLC, a Mississippi
Limited Liability Company, who acknowledged that he executed the above and foregoing instrument after
having been first duly authorized to do so for and on behalf of said company.

Rosemary W. Slade
Notary Public

My Commission Expires: May 3, 2006

GRANTOR'S ADDRESS:
Weyerhaeuser Company
211 Armstrong Road
Columbia, MS  39429
601-736-0980

This Instrument Prepared by:
Adrian M. Case
Weyerhaeuser Company
211 Armstrong Road
Columbia, MS  39429
601-736-0980

GRANTEE'S ADDRESS:
Everett Farm, LLC
153 Edwards Owens Drive
Terry, MS  39170
601-878-0099

Page 5



SURVEY FOR:
OSMOND EVERETT

A PART OF THE SE 1/4 OF THE NW 1/4 OF
SECTION 13, T-9-N, R-21-W, LAWRENCE COUNTY, MISSISSIPPI

6.77 ACRES,
MORE OR LESS

Speights Engineering
P.O. Box 1133
Monticello, Mississippi 39654

Date: 11/24/03    Scale: 1" = 200'

517



SCALE: 1" = 300'
CLASS "D" SURVEY

REFERENCE MATERIALS:
PRE. A-71, PG. 233
PREVIOUS SURVEYS
DATE OF FIELD SURVEY:
NOVEMBER 24, 25 2003

LEGEND

○ = IRON PIN SET
◉ = MONUMENT FOUND
x—x = BARBED WIRE FENCE

CENTER OF EVERETT LANE
(PAVED PUBLIC ROAD)

S 33°05'9" W
176.02'

S 45°06'23" W
312.39'

S 58°14'20" W
113.51'

S 70°16'07" W
634.15'

NW CORNER OF THE
SW 1/4 OF THE SW
1/4 OF THE
SECTION 13, T-9-N, R-21-W,
LAWRENCE COUNTY, MS
(STEEL CORNER POST FOUND)

S 62°47'12" W
215.45'

S 45°16'5" W
177.91'

N 00°00'00"
W

144.31'

88.04'

NE CORNER OF THE S 1/2 OF THE
SW 1/4 OF THE SW 1/4 OF
SECTION 13, T-9-N, R-21-W,
LAWRENCE COUNTY, MS
(LIGHTER KNOT FOUND)

S 89°00'00" E
2321.43'

N 89°25'07" W
1314.19'

34.41 ACRES,
MORE OR LESS

N 00°39'50" W
165.00'

S 89°00'00" E
284.00'

N 00°39'50" W
165.00'

S 89°00'00" E
66.00'

N 00°39'50" W
665.93'

P.O.B.
SE CORNER OF THE SW 1/4 OF THE
SW 1/4 OF SECTION 13,
T-9-N, R-21-W,
LAWRENCE COUNTY, MS
(LIGHTER KNOT FOUND)

NOTE:
ALL BEARINGS SHOWN ON THIS PLAT
WERE DERIVED FROM SOLAR OBSERVATION.

UTILITY NOTE:
SURVEY FOR EXISTING UTILITIES WAS LIMITED
TO VISUAL INSPECTION ONLY. (NO UNDERGROUND
SURVEY CONDUCTED.)

NOTE:
NO RECORD SEARCH ON THIS SURVEYOR
WAS CONDUCTED.
(PARCEL SUBJECT TO PUBLIC
ROAD RIGHT-OF-WAY)

NOTE:
THIS SURVEY DOES NOT CONSTITUTE A
TITLE SEARCH. IF THIS SURVEYOR, THERE
MAY BE OTHER DOCUMENTS OF RECORD
WHICH COULD AFFECT THIS PARCEL.

A PART OF THE SW 1/4 OF THE SW 1/4 OF SECTION 13,
AND A PART OF THE SE 1/4 OF THE SE 1/4 OF SECTION 14,
T-9-N, R-21-W, LAWRENCE COUNTY, MISSISSIPPI.

SURVEY FOR:
OSMOND EVERETT

Speights Engineering
P.O. Box 1133
Monticello, Mississippi 39654

JIMMY D. SPEIGHTS, P.L.S.

I certify that the information on this Plat
is thorough and accurate to the best of
my knowledge and belief.

JIMMY D. SPEIGHTS
PLS-02979
LAND SURVEYOR
STATE OF MISSISSIPPI

Date: 11/24/03       Scale: 1" = 300'       DWG'N. OSE03118

CERTIFIED COPY OF RESOLUTION

WEYERHAEUSER COMPANY

"RESOLVED, that the President or a Vice President and the Secretary or an Assistant Secretary, are hereby authorized to execute, in the name of the Company, and deliver, all deeds, bills of sale or other conveyances."

— — — — — — — — — — — —

I, Vicki A. Merrick, Assistant Secretary of Weyerhaeuser Company, do hereby certify that the foregoing is a true and correct copy of a resolution adopted by the Board of Directors of Weyerhaeuser Company at a meeting held November 11, 1947, and that the said resolution is now in full force and effect.

Dated at Federal Way, Washington, this 10th day of December, 2003.

_____
Assistant Secretary
Weyerhaeuser Company

519

## CERTIFICATE OF INCUMBENCY

I, Vicki A. Merrick, Assistant Secretary of Weyerhaeuser Company, do hereby certify that James M. Branson holds the office of Vice President pursuant to Section 1 of Article V of the Bylaws of Weyerhaeuser Company, a corporation organized under the laws of the State of Washington.

Dated at Federal Way, Washington this 10th day of December 2003.



_____
Assistant Secretary
Weyerhaeuser Company

STATE OF MISSISSIPPI 3:10 PM 12-16 200 3
LAWRENCE COUNTY
IN B A139 R511
KEVIN RAYBORN CHY. CLK.
I CERTIFY THIS
INSTRUMENT WAS
FILED FOR RECORD  BY Janet Payton D.C.

Certified to be a true copy this
the 12th day of November 2015

_____
KEVIN HAYBORN
Chancery Clerk, Lawrence County, Miss.

By_____

14583

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>992459914 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer EVERETT FARMS LLC, a Corporation

Residence     288 EVERETT RD
              NEWHEBRON, MS 39140



FILED

APR 07 2014

LAWRENCE COUNTY, MS/1057 A .M.
KEVIN RAYBORN, CHANCERY CLERK
BY _____ .D.C.

GOVERNMENT
EXHIBIT
2

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1120 | 12/31/2006 | ███344 | 03/15/2007 | 04/14/2017 | |
| 1120 | 12/31/2006 | ███344 | 11/30/2009 | 12/30/2019 | |
| 1120 | 12/31/2006 | ███344 | 11/05/2012 | 12/05/2022 | 208750.63 |
| 1120 | 12/31/2007 | ███344 | 11/30/2009 | 12/30/2019 | |
| 1120 | 12/31/2007 | ███44 | 11/05/2012 | 12/05/2022 | 61277.23 |
| 1120 | 12/31/2008 | ███344 | 03/15/2009 | 04/14/2019 | |
| 1120 | 12/31/2008 | ███344 | 11/30/2009 | 12/30/2019 | |
| 1120 | 12/31/2008 | ███344 | 12/03/2012 | 01/02/2023 | 133396.73 |

Certified to be a true copy this
the _____ 2016

Chancery Clerk, Lawrence County, Miss.

By _____

| Place of Filing | CHANCERY CLERK<br>LAWRENCE COUNTY<br>MONTICELLO, MS 39654 | Total $ | 403424.59 |
|---|---|---|---|

This notice was prepared and signed at _____ NASHVILLE, TN _____ , on this,

the _____01st_____ day of _____April_____, _____2014_____.

| Signature<br>for S  FREEMAN | Title<br>REVENUE OFFICER<br>(404) 338-9359 | 25-14-1418 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X



GOVERNMENT
EXHIBIT
3

STATE OF MISSISSIPPI
COUNTY OF LAWRENCE

WARRANTY DEED

STATE OF MISSISSIPPI 10:11 M _10-24_ 201 6
LAWRENCE COUNTY
                           IN B _A184_ .P.5Ø5
I CERTIFY THIS          KEVIN RAYBORN CHY. CLK.
INSTRUMENT WAS
FILED FOR RECORD     BY _Janet Payton_ .D.C.

THIS INDENTURE, made the 12th day of October in the year two
Thousand and sixteen                              , between

EVERETT FARM, LLC

As party or parties of the first part, hereinafter called Grantor, and

V. E. TRUST as Trustee of the C. E. TRUST

As party or parties of the second part, hereinafter called Grantee, (the words "Grantor" and
"Grantee" to include their respective heirs, successors and assigns where the context requires or
permits).

WITNESSETH that: Grantor, for and in consideration of the sum of Ten Dollars and
other good and valuable consideration ($10.00) in hand paid at and before the sealing and
delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained,
sold, aliened, conveyed and confirmed unto the said Grantee the following described property, to
Wit:

See Exhibit "A"
See Exhibit "B"    Form 10916, Withdraw of Filed Notice of Federal Tax Lien
                          (Filed 4/7/14 @ 10:57 am – Form 668 (y) (c))
Subject to all easements, rights-of-way and restrictive covenants of record.

TO HAVE AND HOLD the said tract or parcel of land, with all and singular the rights,
members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to
the only proper use, benefit and behoof of the said Grantee forever in FEE SIMPLE.

AND THE SAID Grantor will warrant and forever defend the right and title to the above-
described property unto the said Grantee against the claims of all persons whomsoever.

IN WITNESS WHEREOF, the Grantor has signed and sealed this Deed, the day and year
above written.

                                    Everett Farm, LLC
                          By: _N. y__ ___ ___ (SEAL)
State of Mississippi                 Title: Member
County of Lawrence
        PERSONALLY appeared before me, the undersigned authority in and for the aforesaid
jurisdiction, the within named Major Everett, who acknowledge that he signed and delivered the foregoing
Warranty Deed on the day and year therein mentioned as his own act and deed.

        Given under my hand and seal of office, this _19th_ day of October, 2016.

                          _____
                                    Notary Public

Grantor: 288 Everett Road, New Hebron, MS 39140 (601) 694 2412
Grantee: 4567 Rockbridge Rd., # 1441, Pine Lake, GA 30072 (470) 343 2723



EXHIBIT "A"

Township 9 North, Range 21-West
First
Section 13:   6.77 acres of land, more or less, lying in the SE ¼ of NW ¼, said
6.77 acres being more fully described as follows, to-wit:
Beginning at the NW corner of the SW ¼ of NE ¼ of
Section 13, T9N, R21W, Lawrence County, Mississippi;
thence run South 00 deg. 18 min. 43 sec. West, 775.64 feet
to the south margin of Everett Lane for the POINT OF
BEGINNING of the following described parcel; thence run
South 00 deg. 18 min. 43 sec. West, 551.42 feet; thence run
North 89 deg. 25 min. 07 sec. West, 932.87 feet to an iron
pin found; thence run North 89 deg. 25 min. 07 sec. West,
218.06 feet to the south margin of Everett Lane; thence run
along margin of said lane for the next six calls: North 66
deg. 02 min. 33 sec. East, 273.86 feet; thence run North 57
deg. 39 min. 32 sec. East, 200.52 feet; thence run North 69
deg. 19 min. 27 sec. East, 149.03 feet; thence run North 82
deg. 42 min. 54 sec. East, 256.48 feet; thence run North 66
deg. 32 min. 01 sec. East, 86.41 feet; thence run North 52
deg. 18 min. 41 sec. East, 329.93 feet back to the
POINT OF BEGINNING............................ 6.77 Acres

Second
Section 13 & 14:
34.41 acres of land, more or less, lying in the SW ¼ of SW ¼ of
Section 13 (19.35 acres) and in the SE ¼ of SE ¼ of Section 14
(15.06 acres), said 34.41 acres being more fully described as
follows, to-wit:
Beginning at the SE corner of the SW ¼ of SW ¼ of
Section 13, T9N, R21W, Lawrence County, Mississippi;
thence run North 00 deg. 39 min. 50 sec. West, 665.93 feet
to a lighter knot found; thence run North 89 deg. 25 min. 07
sec. West, 1,314.19 feet to a steel corner post; thence run
North 00 deg. 06 min. 00 sec. West, 232.35 feet to the
south margin of Everett Lane; thence run along margin of
said lane for the next six calls: South 45 deg. 19 min. 13
sec. West, 177.91 feet; thence run south 62 deg. 47 min. 12
sec. West, 215.45 feet; thence run South 70 deg. 16 min. 07
sec. West, 634.15 feet; thence run South 58 deg. 14 min. 20
sec. West, 113.31 feet; thence run South 45 deg. 06 min. 23
sec. West, 312.39 feet; thence run South 33 deg. 05 min. 59
sec. West, 176.02 feet; thence run South 89 deg. 00 min. 00
sec. East, 2,321.43 feet; thence run North 00 deg. 39 min.
50 sec. West, 165.00 feet; thence run South 89 deg. 00 min.
00 sec. East, 264.00 feet; thence run South 00 deg. 39 min.
50 sec. East, 165.00 feet; thence run South 89 deg. 00 min.
00 sec. East, 66.00 feet back to the POINT OF BEGINNING. .34.41 Acres

Legal Description

Exhibit "A"

TRACT NO. 1:

COMMENCING AT THE NORTHWEST CORNER OF THE SOUTHWEST 1/4 OF THE NORTHEAST 1/4 OF SECTION 13, TOWNSHIP 9 NORTH, RANGE 21 WEST, LAWRENCE COUNTY, MISSISSIPPI; THENCE RUN SOUTH 00 DEGREES 18 MINUTES 43 SECONDS WEST 775.64 FEET TO SOUTH MARGIN OF EVERETT LANE FOR THE POINT OF BEGINNING OF THE FOLLOWING DESCRIBED PARCEL: THENCE RUN SOUTH 00 DEGREES 18 MINUTES 43 SECONDS WEST, 651.42 FEET; THENCE RUN NORTH 89 DEGREES 25 MINUTES 07 SECONDS WEST 932.87 FEET TO AN IRON PIN FOUND; THENCE RUN NORTH 89 DEGREES 25 MINUTES 07 SECONDS WEST 216.06 FEET TO THE SOUTH MARGIN OF EVERETT LANE; THENCE RUN ALONG MARGIN OF SAID LANE FOR THE NEXT SIX CALLS: NORTH 68 DEGREES 02 MINUTES 33 SECONDS EAST 273.86 FEET; THENCE RUN NORTH 57 DEGREES 39 MINUTES 32 SECONDS EAST 200.52 FEET; THENCE RUN NORTH 69 DEGREES 19 MINUTES 27 SECONDS EAST 149.03 FEET; THENCE RUN NORTH 82 DEGREES 42 MINUTES 54 SECONDS EAST 266.48 FEET; THENCE RUN NORTH 66 DEGREES 32 MINUTES 01 SECONDS EAST 86.41 FEET; THENCE RUN NORTH 52 DEGREES 18 MINUTES 41 SECONDS EAST 329.93 FEET BACK TO THE POINT OF BEGINNING. SAID PARCEL CONTAINING 6.77 ACRES, MORE OR LESS, AND BEING A PART OF THE SOUTHEAST 1/4 OF THE NORTHWEST 1/4 OF SECTION 13, TOWNSHIP 9 NORTH, RANGE 21 WEST, LAWRENCE COUNTY, MISSISSIPPI.

TRACT NO. 2:

BEGINNING AT THE SOUTHEAST CORNER OF THE SOUTHWEST 1/4 OF THE SOUTHWEST 1/4 OF SECTION 13, TOWNSHIP 9 NORTH, RANGE 21 WEST, LAWRENCE COUNTY, MISSISSIPPI;

THENCE RUN NORTH 00 DEGREES 39 MINUTES 50 SECONDS WEST 665.83 FEET TO A LIGHTER KNOT FOUND; THENCE RUN NORTH 89 DEGREES 26 MINUTES 07 SECONDS WEST 1314.19 FEET TO A STEEL CORNER POST; THENCE RUN NORTH 00 DEGREES 06 MINUTES 00 SECONDS WEST 232.36 FEET TO THE SOUTH MARGIN OF EVERETT LANE; THENCE RUN ALONG MARGIN OF SAID LANE FOR THE NEXT SIX CALLS: SOUTH 45 DEGREES 19 MINUTES 13 SECONDS WEST 177.91 FEET; THENCE RUN SOUTH 62 DEGREES 47 MINUTES 12 SECONDS WEST 216.45 FEET; THENCE RUN SOUTH 70 DEGREES 16 MINUTES 07 SECONDS WEST 634.15 FEET; THENCE RUN SOUTH 58 DEGREES 14 MINUTES 20 SECONDS WEST 113.31 FEET; THENCE RUN SOUTH 4 DEGREES 06 MINUTES 23 SECONDS WEST 312.39 FEET; THENCE RUN SOUTH 33 DEGREES 06 MINUTES 59 SECONDS WEST 176.02 FEET; THENCE RUN SOUTH 89 DEGREES 00 MINUTES 00 SECONDS EAST 2321.43 FEET; THENCE RUN NORTH 00 DEGREES 39 MINUTES 50 SECONDS WEST 165.00 FEET; THENCE RUN SOUTH 89 DEGREES 00 MINUTES 00 SECONDS EAST 284.00 FEET; THENCE RUN SOUTH 00 DEGREES 39 MINUTES 50 SECONDS EAST 165.00 FEET; THENCE RUN SOUTH 89 DEGREES 00 MINUTES 00 SECONDS EAST 66.00 FEET BACK TO THE POINT OF BEGINNING. SAID PARCEL CONTAINING 34.41 ACRES, MORE OR LESS, AND BEING A PART OF THE SOUTHWEST 1/4 OF THE SOUTHWEST 1/4 OF SECTION 13, AND A PART OF THE SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 14, TOWNSHIP 9 NORTH, RANGE 21 WEST, LAWRENCE COUNTY, MISSISSIPPI.

538

*** PARTIAL WITHDRAWAL *** PARTIAL WITHDRAWAL ***

| Form 10916 (Rev. 2-2012) | 9112 | Department of the Treasury - Internal Revenue Service*** PARTIAL *** Withdrawal of Filed Notice of Federal Tax Lien |
|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 (800) 913-6050 | Serial Number 136152914 | For Optional Use by Recording Office |
|---|---|---|

I certify that the following-named taxpayer has met one or more of the elements of the Internal Revenue Code (IRC) section 6323(j). The Internal Revenue Service therefore withdraws the Notice of Federal Tax Lien for these taxes and additions. The withdrawal of this notice of lien does not affect the statutory lien provided by IRC section 6321; it simply relinquishes any lien priority obtained by the Internal Revenue Service when the notice was filed. The proper official in the office where the Notice of Federal Tax Lien was filed on _____ January 05, 2015 _____, is authorized to update the records to show the withdrawal of the notice of lien for these taxes and additions.

Name of Taxpayer
MAJOR EVERETT MBR only.* (MAJOR EVERETT MBR only, in the liability of EVERETT FARM LLC MAJOR EVERETT MBR.)

Residence    5037 UNION ST
             UNION CITY, GA 30291-0000

COURT RECORDING INFORMATION:
| Liber | Page | UCC No. | Serial No. |
|---|---|---|---|
| n/a | n/a | n/a | n/a |

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1120 | 12/31/2009 | XX-XXX2344 | 08/04/2014 | 09/03/2024 | 61.48 |
| 1120 | 12/31/2010 | XX-XXX2344 | 08/04/2014 | 09/03/2024 | 97.21 |
| 1120 | 12/31/2012 | XX-XXX2344 | 08/04/2014 | 09/03/2024 | 86.81 |

*PARTIAL WITHDRAWAL. With respect to the tax liabilities for EVERETT FARM LLC MAJOR EVERETT MBR, MAJOR EVERETT MBR has met the provisions for withdrawal of the Notice of Federal Tax Lien for the liabilities identified above. The referenced notice of lien is withdrawn only insofar as it relates to MAJOR EVERETT MBR. The notice of tax lien remains in effect against EVERETT FARM LLC from the recordation date as shown on the original Notice of Federal Tax Lien.*
*******************************************************************************

| Place of Filing | | |
|---|---|---|
| CHANCERY CLERK LAWRENCE COUNTY MONTICELLO, MS 39654 | Total | 245.50 |

This certificate was prepared and signed at ___NASHVILLE, TN___, on this,

the ___16th___ day of ___September___ ___2016___.

| Signature *Cheryl Cordant* | Title Director, Specialty Collections |
|---|---|

Cat. No. 24586T          Part 2 - Taxpayer Copy          www.irs.gov          Form 10916 (Rev. 2-2012)

***  PARTIAL WITHDRAWAL  ***  PARTIAL WITHDRAWAL  ***

**Form 10916**
(Rev. 2-2012)

9112

Department of the Treasury - Internal Revenue Service  ** PARTIAL ***
**Withdrawal of Filed Notice of Federal Tax Lien**

Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 | Serial Number | For Optional Use by Recording Office

(800) 913-6050 | 992459614

I certify that the following-named taxpayer has met one or more of the elements of the Internal Revenue Code (IRC) section 6323(j). The Internal Revenue Service therefore withdraws the Notice of Federal Tax Lien for these taxes and additions. The withdrawal of this notice of lien does not affect the statutory lien provided by IRC section 6321; it simply relinquishes any lien priority obtained by the Internal Revenue Service when the notice was filed. The proper official in the office where the Notice of Federal Tax Lien was filed on _____April 07, 2014_____ is authorized to update the records to show the withdrawal of the notice of lien for these taxes and additions.

Name of Taxpayer

MAJOR EVERETT MBR only.*  (MAJOR EVERETT MBR only, in the liability of EVERETT FARM LLC MAJOR EVERETT MBR.)

Residence     5037 UNION ST
              UNION CITY, GA 30291-0000

COURT RECORDING INFORMATION:

Liber   Page   UCC No.   Serial No.
2969    348    n/a       2014-0128203

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) | |
|---|---|---|---|---|---|---|
| 1120 | 12/31/2006 | XX-XXX2344 | 03/15/2007 | 04/14/2017 | 1120 | 1: |
| 1120 | 12/31/2007 | XX-XXX2344 | 11/30/2009 | 12/30/2019 | 1120 | 1: |
| 1120 | 12/31/2008 | XX-XXX2344 | 03/15/2009 | 04/14/2019 | 1120 | 1: |

*PARTIAL WITHDRAWAL.  With respect to the tax liabilities for EVERETT FARM LLC MAJOR EVERETT MBR, MAJOR EVERETT MBR has met the provisions for withdrawal of the Notice of Federal Tax Lien for the liabilities identified above.  The referenced notice of lien is withdrawn only insofar as it relates to MAJOR EVERETT MBR.  The notice of tax lien remains in effect against EVERETT FARM LLC from the recordation date as shown on the original Notice of Federal Tax Lien.*
***************************************************************************

Clerk of Superior Court
Fulton County
Atlanta, GA 30303

403424.59

Place of Filing

NASHVILLE, TN

Total

16th        September        2016

This certificate was prepared and signed at _____, on this,

Director, Specialty Collections

the _____ day of _____

Signature

Cheryl Cordaro

Title

Cat. No. 24586T          Part 2 - Taxpayer Copy          www.irs.gov          Form **10916** (Rev. 2-2012)

PAGE 08/08                    LAW CO CHAN CLERK          601-587-0767          02/19/2020 11:07